John M. Naylor
Nevada Bar No. 5435
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(T) (702) 420-7000
(F) (702) 420-7001
jnaylor@nblawnv.com

*Attorneys for Defendant*
*National Collegiate Athletic Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TATUO MARTINSON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>Defendant. | Case No. 2:25-cv-01376-RFB-DJA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cortez Braham, Jr. and Defendant NCAA, through their undersigned counsel, stipulate that this action, including all claims and causes of action asserted in it, is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

// // //

// // //

// // //

// // //

Respectfully submitted,

DATED this 12th day of October, 2026.

NAYLOR & BRASTER

By: /s/ John M. Naylor
John M. Naylor
Nevada Bar No. 5435
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135

DORSEY & WHITNEY LLP

By: /s/ Ben Kappelman
Ben Kappelman
*Admitted pro hac vice*
50 S. 6th St., Ste. 1500
Minneapolis, MN 55402-1498

By: /s/ F. Matthew Ralph
F. Matthew Ralph
*Admitted pro hac vice*
50 S. 6th St., Ste. 1500
Minneapolis, MN 55402-1498

*Attorneys for National Collegiate Athletic Association*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Gregg Clifton
Brandon D. Wright
Nevada Bar No. 13286
Gregg Clifton
*Admitted pro hac vice*
5555 Kietzke Lane, Suite 200
Reno, NV 89511

*Attorneys for Plaintiff*

**DATED:** October 13, 2026.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**



NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 12th day of October 2026, I caused the document **STIPULATION OF DISMISSAL WITH PREJUDICE** to be served through the Court's CM/ECF system to those persons designated by the parties that have appeared in the matter.

*/s/ Halee A. Mennear*
An Employee of NAYLOR & BRASTER

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000